

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

This court's opinion and judgment issued in this appeal on May 13, 2015, making appellant's motion for rehearing due no later than May 28, 2015. TEX. R. APP. P. 49.1. Appellant timely filed his motion for rehearing on May 28, 2015, which this court denied on June 3, 2015. On June 3, 2015, appellant filed a supplemental motion for rehearing. Appellant's supplemental motion for rehearing is DENIED. Because this court has not taken any action with regard to its original opinion and judgment, no further motions for rehearing or supplemental motions for rehearing will be considered by this court. *See* TEX. R. APP. P. 49.5.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court